## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **BRADLEY B. BAUMANN,** individually, co-special administrators of these Estates, **NANCY R. BAUMANN,** individually, co-special administrators of these Estates, and **DONNA J. COSTLEY,** individually, co-special administrators of these Estates, | ) ) ) ) ) ) ) ) ) ) | 8:12CV383 |
| **Plaintiffs,** | ) ) | |
| V. | ) ) | ORDER |
| **JOSEF SLEZAK, VLADIMIR ZHUKOV, SWIFT-TRUCK LINES, LTD., NORTH METRO TRUCK LEASING, LLC, LONG HAUL TRUCKING, INC., JOHN DOES 1 - 10, AKI TRUCKING, INC., and MTR EXPRESS, INC.,** | ) ) ) ) ) ) ) | |
| **Defendants.** | | |

This matter is before the Court on the Joint Stipulation of Dismissal as to Defendant North Metro Truck Leasing, LLC (filing 72). The Court, being duly advised in the premises, finds that the Stipulation should be adopted and that North Metro Truck Leasing, LLC should be dismissed from this action.

Accordingly,

**IT IS ORDERED:**

1. The Joint Stipulation of Dismissal as to Defendant North Metro Truck Leasing, LLC (filing 72) is adopted and approved.

2. Defendant North Metro Truck Leasing, LLC is hereby dismissed with prejudice from this action.

3. Plaintiffs' causes of action against the other Defendants remain intact and pending.

**DATED July 9, 2013.**

                        **BY THE COURT:**

                        S/ F.A. Gossett
                        **United States Magistrate Judge**