IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **BRADLEY B. BAUMANN,** individually, co-special administrators of these Estates, **NANCY R. BAUMANN,** individually, co-special administrators of these Estates, and **DONNA J. COSTLEY,** individually, co-special administrators of these Estates, | ) ) ) ) ) ) ) ) ) ) | **8:12CV383** |
| **Plaintiffs,** | ) ) | |
| V. | ) ) | **ORDER** |
| **JOSEF SLEZAK, VLADIMIR ZHUKOV, SWIFT-TRUCK LINES, LTD., LONG HAUL TRUCKING, INC., JOHN DOES 1 - 10, AKI TRUCKING, INC., and MTR EXPRESS, INC.,** | ) ) ) ) ) ) ) | |
| **Defendants.** | | |

This matter is before the Court on Plaintiffs' Motion for Enlargement of Time to File Expert Disclosures (filing 76). The Motion will be granted.

**IT IS ORDERED:**

1. Plaintiffs' Motion for Enlargement of Time to File Expert Disclosures (filing 76) is granted.

2. The parties shall identify expert witnesses by August 5, 2013.

3. Plaintiffs' expert reports shall be served by August 21, 2013. Defendants' expert reports shall be served by September 23, 2013. Plaintiffs' rebuttal expert reports shall be served by October 8, 2013.

4. Motions to exclude expert testimony on *Daubert* or related grounds shall be filed by October 21, 2013.

5. Written discovery shall be completed by October 15, 2013.

6. Depositions shall be completed by November 1, 2013.

**DATED July 31, 2013.**

                        **BY THE COURT:**

                        **S/ F.A. Gossett**
                        **United States Magistrate Judge**