## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **BRADLEY B. BAUMANN, NANCY R. BAUMANN, and DONNA J. COSTLEY,** individually and co-special administrators of the estates of Christopher Douglas Schmidt, Diana Ruth Schmidt, Samuel Donovan Schmidt, and Connor Bradley Schmidt,<br><br>            Plaintiffs,<br><br>    vs.<br><br>**JOSEF SLEZAK, VLADIMIR ZHUKOV, SWIFT-TRUCK LINES, LTD., LONG HAUL TRUCKING, INC., JOHN DOES 1-10, AKI TRUCKING, INC., and MTR EXPRESS, INC.,**<br><br>            Defendants. | Case No. 8:12cv383<br><br><br>ORDER |

Upon notice of settlement by letter given to the magistrate judge by Matthew F. Heffron, counsel for defendants Slezak and AKI Trucking,

**IT IS ORDERED:**

1. On or before **August 8, 2014,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the undersigned magistrate judge at Gossett@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The July 21, 2014, pretrial conference and the August 19, 2014, jury trial are cancelled upon the representation that this case is settled.

Dated: July 9, 2014.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge